**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for the Secured Creditor
BANK OF AMERICA, N.A.

Case No: <u>12-34</u>

Chapter: <u>13</u>

Hearing Date:

Judge: Andrew B. Altenburg Jr.

**Order Filed on January 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:
Herbert Carrion
Ana M. Carrion aka Ana Ortiz

                Debtors
Abelino Ortiz
                Co- Debtor

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 30, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of  BANK OF AMERICA, N.A., under Bankruptcy Code section 362(a) and 1301 (c)  for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■       Real Property More Fully Described as:

**Land and premises commonly known as 515 East Main Street, Millville NJ 08332**

☐       Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.