**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ana M Carrion <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–9543 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Herbert Carrion <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–4807 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   12–34964–ABA | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ana M Carrion  
aka Ana Ortiz

Herbert Carrion

2/20/18

**By the court:** Andrew B. Altenburg Jr.  
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 12-34964-ABA
Ana M Carrion                                                       Chapter 13
Herbert Carrion
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2         Date Rcvd: Feb 20, 2018
                             Form ID: 3180W           Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
```
db/jdb         +Ana M Carrion,    Herbert Carrion,    515 E Main St,    Milville, NJ 08332-5357
cr             +Bank of America N.A.,    C/O Koury, Tighe, Lapres Bisulca & Somme,    1423 Tilton Rd.,   Ste 9,
                 Northfield, NJ 08225-1857
513427555      +AR Resources,    PO Box 1056,    Blue Bell, PA 19422-0287
513427554     #+Accounts Receivable Management,    PO Box 129,    Thorofare, NJ 08086-0129
513427556      Arrow Financial,    21031 Network Place,    Chicago, IL 60678-1031
513427557      +Avons,    LTD Financial Service,    7322 Southeastern Freeway,    Suite 1600,
                 Houston, TX 77088-7536
513576038      +BANK OF AMERICA, N.A.,    C/O Koury Tighe Lapres Bisulca & Sommers,    1423 Tilton Road, Suite 9,
                 Northfield, NJ 08225-1857
513427558      +Baby R Us,    PO Box 530938,    Atlanta, GA 30353-0938
513427561       Bureau of Collection Recovery,    757 S. Corporate Way,    Eden Praire, MN 55344
513660119      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513660112      +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
513427563      +Carmen Salvatierra,    357 N Lincoln Ave #A,    Vineland, NJ 08361-3002
513427565     #+First National Collection Bureau, Inc.,     610 Waltham Way,    Sparks, NV 89434-6695
513427567      +Ilca Collection Agency, Inc.,    223 E. Flager st. Suite 238,    Miami, FL 33131-1322
513427570      +Law office of Hal Stern,    12850 Middlebrook Rd.,    Germantown, MD 20874-5280
513427572      +Nationwide Recovery Systems,    2304 Tarplay Dr.,    Carrollton, TX 75006-2467
513427575       Ominium 7171,    Mercy Rd.,    Omaha, NE 68106
513489415      +PR Acquisitions LLC,    250 Munoz Rivera Ave,    Suite 1200,    San Juan PR 00918-1803
513427578       Palisades,    PO Box 18008,    Hauppauge, NY 11788-8808
513427579      +Regional Diagnostic Imaging,    PO Box 382,    Huntingdon, PA 16652-0382
513427581      +Santa Barbara,    PO Box 390846,    Minneapolis, MN 55439-0846
513427582      +So Jersey HS,    PO Box 7975,    Lancaster, PA 17604-7975
513427583       South Jersey Hospital,    PO Box 48274,    Newark, NJ 07101-8474

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2018 23:42:45      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2018 23:42:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513427559       EDI: BANKAMER.COM Feb 20 2018 23:23:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886
513427560       EDI: BANKAMER.COM Feb 20 2018 23:23:00      Bank of America,    POB 15222,
                 Wilmington, DE 19886-5222
515721891      +EDI: BANKAMER.COM Feb 20 2018 23:23:00      Bank of America, N.A,    PO Box 5170,
                 Simi Valley, CA 93062-5170
513427562      +EDI: CAPITALONE.COM Feb 20 2018 23:23:00      Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
513656315       EDI: BL-BECKET.COM Feb 20 2018 23:23:00      Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
513427564       E-mail/Text: DATA@COLLECTIONCENTERIND.COM Feb 20 2018 23:43:27      Collection Center Ind.,
                 PO Box 8666,    Lancaster, PA 17604-8666
513427566       E-mail/Text: jkatsios@gsicollections.com Feb 20 2018 23:42:30      GSI Recovery LLC.,
                 PO Box 127,    Nutley, NJ 07110-0127
514941388       EDI: JEFFERSONCAP.COM Feb 20 2018 23:23:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
514941389       EDI: JEFFERSONCAP.COM Feb 20 2018 23:23:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302
513427568       EDI: TSYS2.COM Feb 20 2018 23:23:00      Juniper,    PO Box 13337,    Philadelphia, PA 19101-3337
513633438      +EDI: OPHSUBSID.COM Feb 20 2018 23:23:00      KEYSTONE RECOVERY PARTNERS, SERIES II,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513427569      +EDI: CBSKOHLS.COM Feb 20 2018 23:23:00      Kohls,    PO Box 3043,    Milwaukee, WI 53201-3043
513616893       EDI: RESURGENT.COM Feb 20 2018 23:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of One Main Financial Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
513612949       EDI: MERRICKBANK.COM Feb 20 2018 23:23:00       MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
513427571      +EDI: MERRICKBANK.COM Feb 20 2018 23:23:00      Merrick Bank,    PO Box 30537,
                 Tampa, FL 33630-3537
513427573      +E-mail/Text: egssupportservices@alorica.com Feb 20 2018 23:42:53      NCO Financial,
                 507 Prudential Rd.,    Horsham, PA 19044-2308
513427574      +E-mail/Text: bnc@nordstrom.com Feb 20 2018 23:42:15      Nordstrom Bank,    PO Box 79134,
                 Phoenix, AZ 85062-9134
513439900      +E-mail/Text: bnc@nordstrom.com Feb 20 2018 23:42:15      Nordstrom fsb,    P.O. Box 6566,
                 Englewood, CO 80155-6566
513427576      +EDI: AGFINANCE.COM Feb 20 2018 23:23:00      One Main,    1881 S. Delsea Dr.,
                 Vineland, NJ 08360-6398
513427577      +EDI: HFC.COM Feb 20 2018 23:23:00      Orchard Bank,    HSBC Card Services,   PO Box 17051,
                 Baltimore, MD 21297-1051
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 20, 2018
                              Form ID: 3180W           Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
514870842        EDI: PRA.COM Feb 20 2018 23:23:00      Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk, VA 23541
514870843        EDI: PRA.COM Feb 20 2018 23:23:00      Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
513615976        EDI: PRA.COM Feb 20 2018 23:23:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                  POB 41067,    Norfolk VA 23541
513658394        EDI: PRA.COM Feb 20 2018 23:23:00      Portfolio Recovery Associates, LLC,    c/o TOYS R US,
                  POB 41067,    Norfolk VA 23541
513650214        EDI: PRA.COM Feb 20 2018 23:23:00      Portfolio Recovery Associates, LLC,
                  c/o Walmart Credit Card,    PO Box 41067,    Norfolk VA 23541
513853412       +EDI: PRA.COM Feb 20 2018 23:23:00      PRA Receivables Management, LLC,    POB 41067,
                  Norfolk, VA 23541-1067
513427580       +EDI: HFC.COM Feb 20 2018 23:23:00      Reward Zone,    PO Box 17051,    Baltimore, MD 21297-1051
513427584       +E-mail/Text: EBankruptcy@UCFS.NET Feb 20 2018 23:43:40       United Consumer Financial,
                  PO Box 856290,    Louisville, KY 40285-6290
513427585       +EDI: RMSC.COM Feb 20 2018 23:23:00      Walmart,    PO Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 31

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
              John M. Sommers    on behalf of Creditor    Bank of America N.A. JMSommers@KTLBSLAW.com,
               ktlbslaw@aol.com
              Terry  Tucker    on behalf of Debtor Ana M Carrion terrytucker@comcast.net
              Terry  Tucker    on behalf of Joint Debtor Herbert  Carrion terrytucker@comcast.net
                                                                                              TOTAL: 7
```